**JS-6**
Admin

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIJUAN CAO,<br><br>    Plaintiff,<br><br>    v.<br><br>UR JADDOU, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES DIRECTOR, ET AL.,<br><br>    Defendants. | No. 5:23-cv-2527-JGB-SP<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until June 11, 2025.

Dated: February 5, 2024

                                                    _____
                                                    HONORABLE JESUS G. BERNAL
                                                    UNITED STATES DISTRICT JUDGE